IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20144
Summary Calendar
_____


DAVID RAY CONLEY, III,

                                        Plaintiff-Appellant,

versus

TDCJ-INSTITUTIONAL DIVISION;
TEXAS BOARD OF PARDONS AND PAROLES;
BOB OWEN; JAMES LYNAUGH; BOARD OF
PARDONS AND PAROLES LEGAL DEPARTMENT;
DANNIL GURRIA,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA H 95-1115
- - - - - - - - - -
June 20, 1996
Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

    David Ray Conley, III, Texas state prisoner #528079, appeals from the district court's dismissal of his civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(d).  Conley argues that he was denied release on parole and set-off for later review

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

without explanation, that the duration of his sentence was unconstitutionally extended by the denial of parole, that he had been harmed by the overcrowded condition of the prison, that he had not been compensated for work he had performed in prison, and that he had been directed to perform unsafe work in violation of Ruiz v. Estelle, 503 F. Supp. 1265 (S.D. Tex. 1980), aff'd in part and vacated in part, 679 F.2d 1115, amended in part and vacated in part, 688 F.2d 266 (5th Cir. 1982), cert. denied, 460 U.S. 1042 (1983).  We have reviewed the record and find no reversible error.  Accordingly, the judgment is AFFIRMED for essentially the reasons given by the district court.

AFFIRMED.